**Exhibit A to the Complaint**

**Location:** Fort Lauderdale, FL  
**Total Works Infringed:** 28  
**IP Address:** 73.139.55.110  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash:<br>B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 10-03-2022 18:32:41 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 2 | Info Hash: CF928504FB6DFD9993E0E54672AD4709210235FD<br>File Hash:<br>B6D16A6B7C7DB2526D31178EBB888511AEE231B475E9F04BEE78F7698374B6ED | 09-13-2022 03:37:48 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 3 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash:<br>8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 09-13-2022 03:07:16 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 4 | Info Hash: E5EA15B7345AA3784B86AC90DBF931479525790E<br>File Hash:<br>E187E955BC211670C77B916369B9ECDEF074F86B8F4387C984DF8CBAB6010336 | 09-12-2022 02:07:21 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 5 | Info Hash: 1D918F2302BC0129E301B2EE7043A60A30FCFABE<br>File Hash:<br>E2F336590BCE4A09B82D016A2071FD6CAC669FA843DFBFCA95B2B2EC03A4A277 | 09-11-2022 03:12:02 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 6 | Info Hash: AF195C0065719099A000EEDEB38579CF6FE78B2B<br>File Hash:<br>0FEEEDE86BF4F96C27D81D6FF34A866D04EA74EB814C94E4E2F178BC0C0D7F05 | 09-09-2022 17:35:06 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |
| 7 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash:<br>0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 08-20-2022 02:39:15 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 8 | Info Hash: 58A25091CD7082C8A3F23D06588884E6627754CB<br>File Hash:<br>A1B09A0C5890A45281A3C26F4EA4F23147E86DFE704B592DCAC3FAAFD5F30B64 | 08-20-2022 02:31:35 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 9 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash:<br>D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 07-23-2022 19:26:21 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 10 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash:<br>CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 07-13-2022 01:30:14 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 11 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash:<br>2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 06-28-2022 22:58:58 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 06-28-2022 22:24:38 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 13 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 06-28-2022 22:21:47 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 14 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 06-28-2022 22:21:45 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 15 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 06-28-2022 22:17:04 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 16 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 06-28-2022 22:15:49 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 17 | Info Hash: E02726CD91174CB1B4DC0D80F0F82E2907D12221<br>File Hash: 9605575DD9A6B9904F52D3FEDA895D2C8FB4A7CF46A2524EB821218120D5F730 | 06-28-2022 21:46:42 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 18 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 06-23-2022 21:38:27 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 19 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-11-2022 02:12:29 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 20 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash: 0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 06-07-2022 23:09:46 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 21 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash: E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05-12-2022 01:53:00 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 22 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 05-12-2022 01:26:43 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |
| 23 | Info Hash: 63416FBECE88046452134555765F068A164AE51D<br>File Hash: FB4CABEEEB4EA49D9FD7E248E3647721AD32B89F7854B3ED4801D4F66A2AA262 | 04-24-2022 02:02:04 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 04-24-2022<br>01:59:02 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 25 | Info Hash: 5E096E8A4463655085C9745951AEEF0AE470964D<br>File Hash:<br>404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 04-24-2022<br>01:56:18 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 26 | Info Hash: 94C4283D7D752C88C3322E5C31A46249E0EC81DF<br>File Hash:<br>CAE1B04269B88568C50DFC0EC014A366D81AB204BB9E9569A1148414512D82B3 | 04-24-2022<br>00:03:44 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 27 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash:<br>5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 04-23-2022<br>23:54:21 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 28 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash:<br>3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 04-21-2022<br>19:33:28 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |